IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| FRANSMART, LLC, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:11cv232 |
| | ) | |
| FRESHII DEVELOPMENT, LLC and | ) | |
| MATTHEW CORRIN, | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on plaintiff's emergency motion for a temporary restraining order ("TRO").

During oral argument, defendants' attorney represented to the Court, on behalf of Matthew Corrin, that Corrin would not continue to engage in the conduct giving rise to the instant suit. Moreover, Dan Rowe represented that he would remove Corrin's testimonial from Fransmart's website. In light of these representations, the emergency motion for a TRO is moot. Both representations are without prejudice to the parties' positions in this case.

Accordingly, for these reasons, and for the reasons stated from the Bench,

It is hereby **ORDERED** that plaintiff's emergency motion for a TRO (Doc. No. 4) is **DENIED**.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
March 11, 2011

/s/
T. S. Ellis, III
United States District Judge